IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE EPCON GROUP, INC., et al., )
      Plaintiffs, )
  v. ) Misc. Action No. 00-0097
    )
DANBURRY FARMS, INC., et al., )
      Defendants. )

## ORDER

AND NOW, this 26th day of May, 2011, upon consideration of Plaintiffs' Amended Motion for Entry of Judgment [doc. no. 23], IT IS HEREBY ORDERED that the motion is GRANTED and judgment is entered in favor of plaintiffs, Epcon Group, Inc. and Epmark, Inc., in the amount of $25,000.00;

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to tender a check to Epcon Group, Inc. and Epmark, Inc. in the amount of $25,000.00, which represents the interpleader funds deposited into the Registry of the Court and thereafter transferred into a Business Money Market Account titled United States District Court for the Western District of Pennsylvania, Civil Action Number 96-1236 at PNC Bank, pursuant to the order of Court dated July 28, 2003, plus all accrued interest, less the assessment fee for the administration of funds. Before the Clerk of Court mails or delivers such check to payees, said payees shall provide the Clerk of Court with a completed W-9 Taxpayer Identification and Certification Form which shall not be filed of public record in the instant case;

IT IS FURTHER ORDERED that Plaintiffs' Motion for Entry of Judgment Against Garnishee North Allegheny School District [doc. no. 12] and Seville Associates' Motion to Intervene [doc. no. 10] are DENIED AS MOOT, and;

IT IS FURTHER ORDERED that Plaintiffs' Petition to Compel Sale of Bond [doc. no. 7] is DENIED.

BY THE COURT,

_____, C.J.

cc: All Counsel of Record